UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00263

**Brandon Gober,**
*Plaintiff,*

v.

**Sgt. Brown et al.**
*Defendants.*

## ORDER

Plaintiff Brandon Gober, proceeding pro se, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 3) concluding that plaintiff's complaint should be dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g).

Plaintiff did not object to the report and recommendation. When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 3. For the reasons stated in the report, plaintiff's complaint is dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume his lawsuit if he pays the entire filing fee of $402 within thirty days after the entry of the final judgment.

*So ordered by the court on November 3, 2022.*

J. CAMPBELL BARKER
United States District Judge